**No. 40408.**—Protests 414604–G, etc., of L. Greenberg & Son et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel boxes, menu stands, perfume bottles, perfume sets, sets composed of atomizers, boxes and bottles, thimbles and toilet sets, composed of atomizers, boxes and bottles, chiefly used for utilitarian purposes in the kitchen or household or articles of hollow ware were held dutiable at 40 percent under paragraph 339. *Rice* v. *United States* (T. D. 49373) followed.

**No. 40409.**—Protests 192653–G, etc., of Ferd. Bing & Co.'s Successors (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, vases, trays, frames, lamps, coupes, book ends, bottle, inkstands, jardinieres, candelabra, atomizers, compots, candlesticks, plates, and shoe horns chiefly used on the table, in the kitchen or household, or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40410.**—Protests 939472–G, etc., of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) the aneroid barometers in question were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 40411.**—Protests 936657–G, etc., of Wm. Adams, Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 12, 1939

**No. 40412.**—Protests 774788–G, etc., of J. T. Ball et al. (Cleveland, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.